IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Elliott E. Rollins, | ) | No. CV-08-1212-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Derral Adams, et al., | ) | |
| Defendants. | ) | |

Defendants have filed a motion to dismiss.

**NOTICE--WARNING TO PLAINTIFF**

*THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT*

The Defendants' Motion to Dismiss seeks to have your case dismissed. A motion to dismiss will, if granted, dismiss your claims and either end your case or require that you file an amended complaint.

Generally, a motion to dismiss will be granted if your complaint fails to state a claim on which relief can be granted. When a party you are suing makes a motion to dismiss, that party is challenging what you say in your complaint. The party seeks dismissal of your case because the allegations in your complaint do not entitle you to the relief you seek.

Plaintiff already filed an opposition to the motion to dismiss but he will be given the opportunity to submit an additional opposition, if he wishes to do so.

Accordingly,

**IT IS ORDERED** Plaintiff may submit an additional filing within 15 days of this Order. If no additional filing is submitted, the Court will rule upon the motion to dismiss based on the present record.

DATED this 17th day of February, 2010.

_____
Roslyn O. Silver
United States District Judge