IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Elliott E. Rollins, | ) | No. CV-08-01212-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Derral Adams, et al., | ) | |
| Defendants. | ) | |

Defendant Guzman has filed a motion for judgment on the pleadings.

**NOTICE--WARNING TO PLAINTIFF**

*THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT*

The Defendants' Motion for Judgment on the Pleadings seeks to have your case dismissed. This motion will, if granted, end your case.

Generally, a motion for judgment on the pleadings is analyzed the same as a motion to dismiss. A motion to dismiss will be granted if your complaint fails to state a claim on which relief can be granted. When a party you are suing makes a motion to dismiss, that party is challenging what you say in your complaint. The party seeks dismissal of your case because the allegations in your complaint do not entitle you to the relief you seek.

Accordingly,

1 **IT IS ORDERED** Plaintiff shall file an opposition to the Motion for Judgment on the
2 Pleadings no later than July 16, 2010.
3 DATED this 21st day of June, 2010.

_____
Roslyn O. Silver
United States District Judge