IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELLIOTT EUGENE ROLLINS,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**DERRAL G. ADAMS, et al.,**<br><br>　　　　　　　　　　　　Defendants. | CV08-01212 ROS<br><br>**ORDER** |

　　The Court has considered Defendants' motion to modify the scheduling order (Doc. 25). Good cause appearing,

　　IT IS ORDERED the Motion is GRANTED, and the deadlines for taking Plaintiff's deposition and for filing dispositive motions are vacated, to be reset, if necessary, after the Court rules on Defendants' pending motion for judgment on the pleadings (Doc. 22).

　　Dated this 19th day of July, 2010.

　　　　　　　　　　　　　　　　　　　　　　/s/ Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　United States District Judge